1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   ZYNGA GAME NETWORK INC.,      )
                                   )
11                                 )        No. C09-5233 CW (BZ)
                 Plaintiff(s),     )
12                                 )
          v.                       )
13                                 )        **INITIAL DISCOVERY ORDER**
     JOHN DOES 1-5 dba             )
14   FOKERCHIPS.COM,               )
                                   )
15               Defendant(s).     )
                                   )
16   _____)

17        All discovery in this matter has been referred to United

18   States Magistrate Judge Bernard Zimmerman.

19        In the event a discovery dispute arises, the parties

20   shall meet in person or, if counsel are outside the Bay Area,

21   by telephone and make a good faith effort to resolve their

22   dispute.  Exchanging letters or telephone messages about the

23   dispute is insufficient.  The Court will not read subsequent

24   positioning letters; parties shall instead make a

25   contemporaneous record of their meeting using a tape recorder

26   or a court reporter.

27        In the event they cannot resolve their dispute, the

28   parties must participate in a telephone conference with the

1  Court **before** filing any discovery motions or other papers.

2  The party seeking discovery shall request a conference in a

3  letter **filed electronically** not exceeding two pages (with no

4  attachments) which briefly explains the nature of the action

5  and the issues in dispute.  Other parties shall reply in

6  similar fashion within two days of receiving the letter

7  requesting the conference.  The Court will contact the parties

8  to schedule the conference.

9     After the conference with the Court, if filing papers is

10  deemed necessary, they should be filed **electronically** with the

11  Clerk's Office, with **one hard copy delivered directly to**

12  **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A

13  chambers copy of all briefs shall be submitted on a diskette

14  formatted in WordPerfect or e-mailed to the following address:

15  **bzpo@cand.uscourts.gov**

16  Dated: February 2, 2010

17

18  _____
                Bernard Zimmerman
        United States Magistrate Judge

19

20  G:\BZALL\-REFS\ZYNGA V. FOKERCHIPS\INITIAL DISCOVERY ORDER.wpd

21

22

23

24

25

26

27

28