UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN DOES 1-5 dba FOCKERCHIPS.COM, <br><br> Defendant(s). | No. C09-5233 CW (BZ) <br><br> **ORDER GRANTING LEAVE TO CONDUCT THIRD PARTY DISCOVERY** |

The Court, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Renewed Motion for Leave to Conduct Third Party Discovery ("Motion"), the supporting declaration of Sean Hanley, and the pleadings on file in this matter, hereby **GRANTS** Zynga's Motion.

Zynga is hereby authorized to issue a subpoena to U2K Group Ltd./West Host for the production of all billing and account records (including all Internet domain names), server logs, website content, contact information, transaction histories and correspondence for the persons or entities that have purchased services from U2K Group Ltd./West Host in connection with the Internet domain name FOKERCHIPS.COM.

1

1  Zynga is further authorized to issue follow-up subpoenas to
2  U2K Group Ltd./West Host for the above-identified documents
3  relating to the Defendants, based on additional information
4  that is identified to Zynga in production from third party
5  discovery.

6       Zynga is hereby authorized to issue a subpoena to PayPal,
7  Inc. for the production of all billing and account records,
8  server logs, contact information, transaction histories and
9  correspondence for the persons or entities that have
10 established accounts with PayPal, inc., using either
11 or all of the email addresses waas.inc.@gmail.com,
12 horta.flora@gmail.com,  selikoer@gmail.com and
13 fokerchips@gmail.com.  Zynga is further authorized to issue
14 follow-up subpoenas to PayPal, Inc. for the above-identified
15 documents relating to the persons or entities that have
16 established accounts with PayPal, Inc. using any additional
17 email address that is identified to Zynga in production from
18 third party discovery.

19      Zynga is further authorized to issue follow-up subpoenas
20 to identify Defendants, if necessary, to online service
21 providers, payment processors, and other third parties, based
22 on information provided by the subpoenaed parties. These
23 subpoenas shall be for the same categories of documents as
24 identified above.

25      Zynga will satisfy its obligations pursuant to Federal
26 Rule of Civil Procedure 45(b)(1) by emailing subpoenas
27 issued pursuant to this Order to the email addresses
28 waas.inc.@gmail.com, horta.flora@gmail.com, selikoer@gmail.com

2

and fokerchips@gmail.com  prior to serving the subpoenas.

Zynga's authority to serve subpoenas under this Order shall expire once it determines the true identity of the owners and operators of FOKERCHIPS.COM.  Thereafter, discovery should be taken after defendants are served with summons and complaint.

**IT IS SO ORDERED.**

Dated: February 3, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ZYNGA V. FOKERCHIPS\ORD GRANTING THIRD PARTY DISCOVERY.wpd