IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZYNGA GAME NETWORK INC.,　　　　　　　　　　No. C 09-05233 CW

　　　　Plaintiff,　　　　　　　　　　　　　ORDER RE DEFAULT

　　v.

JOHN DOES,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　/

　　Default having been entered by the Clerk on July 7, 2010,

　　IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

　　IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, July 13, 2010 is continued to Tuesday, October 12, 2010.

Dated: 7/9/2010　　　　　　　　　　　　　*[signature: Claudia Wilken]*
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　Sue