United States District Court
For the Northern District of California

1
2
3
4
5            IN THE UNITED STATES DISTRICT COURT
6         FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8  ZYNGA GAME NETWORK INC.,       No. C 09-5233 CW

9       Plaintiff,          ORDER ADOPTING
                       MAGISTRATE JUDGE'S
10   v.                 REPORT AND
                       RECOMMENDATION RE
11  JOHN DOES 1-5 dba FORKERCHIPS.COM,  MOTION FOR ENTRY
                       OF DEFAULT
12      Defendants.         JUDGMENT
   _____/
13
14

15     The Court has reviewed Magistrate Judge Zimmmerman's Report
16  and Recommendation Re Motion for Entry of Default Judgment.  There
17  were no objections to the Report, and the Court finds it correct,
18  well-reasoned and thorough, and adopts it in every respect.
19     Separately, the Court will issue judgment in accordance with
20  the Report.
21
22  Dated:  11/12/2010

                             CLAUDIA WILKEN
23                      United States District Judge
24
25
26
27
28