IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA INC., | No. C 09-5233 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |
| v. | |
| WIRO WAAS, an individual, and JOHN DOES 2-5, | |
| Defendants. | |

    The Court has reviewed Magistrate Judge Zimmerman's Report and Recommendation Re Plaintiff's Motion for Attorneys' Fees and Costs. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees and Cost is GRANTED. Plaintiff Zynga Inc. shall recover from Defendant Wiro Waas $11,422.50 in attorneys' fees and $2,286.00 in costs.

Dated: 2/10/2011

CLAUDIA WILKEN
United States District Judge